## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

In re: GANNON, SHANNON MARIE § Case No. 13-31914-HCD
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    J. RICHARD RANSEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $16,855.00 | Assets Exempt: $3,700.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $1,014.85 | Claims Discharged Without Payment: $114,005.67 |
| Total Expenses of Administration: $391.55 | |

    3) Total gross receipts of $ 8,783.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,376.60 (see **Exhibit 2**), yielded net receipts of $1,406.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,483.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 391.55 | 391.55 | 391.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,907.00 | 48,113.52 | 48,113.52 | 1,014.85 |
| **TOTAL DISBURSEMENTS** | $84,390.00 | $48,505.07 | $48,505.07 | $1,406.40 |

4) This case was originally filed under Chapter 7 on June 27, 2013. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2014         By: /s/ J. RICHARD RANSEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund. | 1124-000 | 8,783.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,783.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shannon Gannon | return 2013 earned income credit | 8100-002 | 5,508.00 |
| Shannon Gannon | return exempt portion of 2013 tax refund | 8100-002 | 345.00 |
| Shannon Gannon | return 52% of 2013 tax refund | 8500-002 | 1,523.60 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,376.60** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Santander Auto | 4110-000 | 17,483.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$17,483.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J. RICHARD RANSEL | 2100-000 | N/A | 351.60 | 351.60 | 351.60 |
| J. RICHARD RANSEL | 2200-000 | N/A | 19.95 | 19.95 | 19.95 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $391.55 | $391.55 | $391.55 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint | 7100-000 | N/A | 378.37 | 378.37 | 7.99 |
| 2 | Sallie Mae | 7100-000 | N/A | 6,889.31 | 6,889.31 | 145.31 |
| 3 | Sallie Mae | 7100-000 | N/A | 39,801.47 | 39,801.47 | 839.52 |
| 4 | Wandling & Associates | 7100-000 | N/A | 382.50 | 382.50 | 8.07 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 661.87 | 661.87 | 13.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Maurices | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Lamirand Limited Family Partnership | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Hearst Magazines | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept. of Ed/ Sallie Mae | 7100-000 | 34,415.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Corporation Collection Department | 7100-000 | 1,179.00 | N/A | N/A | 0.00 |
| NOTFILED | General Casualty Ins. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | South Bend Water Works | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Plastic Surgery Center PC | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Bankruptcy Dept. | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 235.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Phoenix | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Joseph Regional Medical Center Patient Financial | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Insurance | 7100-000 | 1,185.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Public Works | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint-CORPORATE | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 13,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,615.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast-CORPORATE | 7100-000 | 453.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Source Bank | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | AAA Federal Credit Union Bankruptcy Dept. | 7100-000 | 4,461.00 | N/A | N/A | 0.00 |
| NOTFILED | Aetna Company | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | All You | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Mike Wandling | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Borden Waste -Away Service Inc | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | American Family Ins. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Apollo Group INC.-CORPORATE | 7100-000 | 1,118.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Insurance | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | Allure | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Mishawaka EMS City Hall Controller | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$66,907.00** | **$48,113.52** | **$48,113.52** | **$1,014.85** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31914-HCD  **Trustee:** (520206) J. RICHARD RANSEL
**Case Name:** GANNON, SHANNON MARIE  **Filed (f) or Converted (c):** 06/27/13 (f)
  **§341(a) Meeting Date:** 08/06/13
**Period Ending:** 09/22/14  **Claims Bar Date:** 04/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account at Communitywide Federal Credit | 5.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at First Source Bank. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | $100.00 security deposit with Mishawaka utilitie | 0.00 | 0.00 | | 0.00 | FA |
| 4 | $80.00 security deposit at Nipsco. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods, furnishings and appliances. | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Collectibles. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Used clothing. | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry. | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor received a $7,911 tax refund and spent it | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Chevy Malibu with 51,000 miles in good cond | 16,000.00 | 0.00 | | 0.00 | FA |
| 11 | Earned income credit. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Tax refund. | 0.00 | 0.00 | | 8,783.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$16,855.00** | **$0.00** | | **$8,783.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  2013 taxes

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014    **Current Projected Date Of Final Report (TFR):**  June 10, 2014  (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-31914-HCD  
**Case Name:** GANNON, SHANNON MARIE  

**Taxpayer ID #:** **-***2982  
**Period Ending:** 09/22/14  

**Trustee:** J. RICHARD RANSEL (520206)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $69,146,203.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/14 | {12} | United States Treasury | 2013 tax refund | 1124-000 | 8,783.00 | | 8,783.00 |
| 04/03/14 | 101 | Shannon Gannon | return 2013 earned income credit | 8100-002 | | 5,508.00 | 3,275.00 |
| 04/03/14 | 102 | Shannon Gannon | return exempt portion of 2013 tax refund | 8100-002 | | 345.00 | 2,930.00 |
| 04/03/14 | 103 | Shannon Gannon | return 52% of 2013 tax refund | 8500-002 | | 1,523.60 | 1,406.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,396.40 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,386.40 |
| 07/14/14 | 104 | J. RICHARD RANSEL | Dividend paid 100.00% on $351.60, Trustee Compensation; Reference: | 2100-000 | | 351.60 | 1,034.80 |
| 07/14/14 | 105 | J. RICHARD RANSEL | Dividend paid 100.00% on $19.95, Trustee Expenses; Reference: | 2200-000 | | 19.95 | 1,014.85 |
| 07/14/14 | 106 | Sprint | Dividend paid 2.10% on $378.37; Claim# 1; Filed: $378.37; Reference: | 7100-000 | | 7.99 | 1,006.86 |
| 07/14/14 | 107 | Sallie Mae | Dividend paid 2.10% on $6,889.31; Claim# 2; Filed: $6,889.31; Reference: | 7100-000 | | 145.31 | 861.55 |
| 07/14/14 | 108 | Sallie Mae | Dividend paid 2.10% on $39,801.47; Claim# 3; Filed: $39,801.47; Reference: | 7100-000 | | 839.52 | 22.03 |
| 07/14/14 | 109 | Wandling & Associates | Dividend paid 2.10% on $382.50; Claim# 4; Filed: $382.50; Reference: | 7100-000 | | 8.07 | 13.96 |
| 07/14/14 | 110 | American InfoSource LP as agent for | Dividend paid 2.10% on $661.87; Claim# 5; Filed: $661.87; Reference: | 7100-000 | | 13.96 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 8,783.00 | 8,783.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 8,783.00 | 8,783.00 | |
| Less: Payments to Debtors | | | 5,853.00 | |
| **NET Receipts / Disbursements** | | **$8,783.00** | **$2,930.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******1766 | 8,783.00 | 2,930.00 | 0.00 |
| | **$8,783.00** | **$2,930.00** | **$0.00** |